UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHIRLPOOL CORPORATION,

    Plaintiff,

v.                          Case No:  2:15-cv-223-FtM-38CM

SANDRA J. WYSOCKI and ROBERT WYSOCKI,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiff Whirlpool Corporation's ("Whirlpool") Notice of Lack of Service (Doc. #33).  On July 8, 2015, Whirlpool filed a Motion for Default Judgment against Defendants George and Sandra Olsen ("Olsen Defendants") after a clerk's default was entered against these two Defendants.  (Doc. #30).  Finding that Whirlpool claimed a sum certain and supported it with an affidavit, the Court granted Whirlpool's Motion and directed the Clerk to enter a default judgment against the Olsen Defendants.  (Doc. #31).  The Clerk followed the Court's directions and entered a default judgment against the Olsen Defendants shortly thereafter.  (Doc. #32).

Whirlpool now alerts the Court that the Olsen Defendants were not served with the Motion for Default Judgment, rendering the default judgment procedurally improper.  (Doc. #33).  As a result, the Court will vacate its July 27, 2015 Order (Doc. #31) and the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

accompany Default Judgment (Doc. #32).  The Court will also reopen this action against Defendants George and Sandra Olsen, as it appears they were improperly dismissed.  If Whirlpool wishes to file an amended motion for default judgment, it must do so by Monday, August 18, 2015.  Whirlpool must also ensure that the amended motion for default judgment is served upon Defendants George and Sandra Olsen and certify that it has done so.

Accordingly, it is now

**ORDERED:**

1. The Court's July 27, 2015 Order (Doc. #31) and the accompanying Default Judgment (Doc. #32) are hereby **VACATED**.

2. The Clerk is directed to reopen this action as to Defendants George and Sandra Olsen.

3. Plaintiff Whirlpool Corporation has until **Tuesday, August 18, 2015**, to file an amended motion for default judgment, but must ensure that the amended motion is served on Defendants George and Sandra Olsen and certify that it has done so.

**DONE** and **ORDERED** in Fort Myers, Florida, this 4th day of August, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record