UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHIRLPOOL CORPORATION,

    Plaintiff,

v.                                         Case No:  2:15-cv-223-FtM-38CM

SANDRA J. WYSOCKI and ROBERT WYSOCKI,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court upon consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #47) filed on January 5, 2016.  Judge Mirando recommends granting in part Plaintiff Whirlpool Corporation's Petition for Attorneys' Fees Under Local Rule 4.18 (Doc. #42).  No objections were filed, and the time to do so has expired. This matter is now ripe for review.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  If no specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings.  See *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).  However, the district judge must review legal conclusions *de novo*, even in the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

absence of an objection.  See *Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994)*

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #47) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. Plaintiff Whirlpool Corporation's Petition for Attorneys' Fees Under Local Rule 4.18 (Doc. #42) is **GRANTED in part**.  Plaintiff is awarded **$13,707.50** in attorney and paralegal fees and **$937.84** in costs.

3. The Clerk of Court is **DIRECTED** to file an Amended Judgment against Defendants George L. Olsen and Sandra J. Olsen that includes the amount for attorneys' fees and costs, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 20th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record